IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED FINANCIAL CASUALTY COMPANY**                                    **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-00192-KGB**

**DON ALLEN PEARSON,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered by this Court on September 16, 2016, it is considered, ordered, and adjudged that United Financial Casualty Company's ("UFCC") motion for summary judgment is granted. In this action for declaratory judgment, this Court determines that neither UFCC policy at issue in this action affords liability coverage for the June 2, 2014, accident and that UFCC has no obligation to provide a defense for Don Allen Pearson or Jerry Hickman in the Van Buren County, Arkansas, lawsuit filed against them or in any other lawsuit that has been or may be filed as a result of the June 2, 2014, accident.

Entered *nunc pro tunc* as of the 16th of September, 2016.

So adjudged this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Judge